UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MARK HAUSER,<br><br>                Defendant. | Case No. 1:20-CR-10166-DPW |

## DEFENDANT MARK HAUSER'S
## MOTION TO CONTINUE PLEA TO INFORMATION HEARING

Defendant Mark Hauser respectfully requests that the Court continue his plea to information hearing until September 21st, 2020. The plea hearing is currently scheduled for September 11th at 10:30 a.m. Mr. Hauser has recently retained additional counsel who require additional time to prepare for the hearing. By this Motion, Mr. Hauser consents to the plea to information hearing to be held via videoconference. Counsel for the government indicated that date is acceptable.

        Respectfully Submitted,
        MARK HAUSER,
        By His Attorney,

        **/s/ Robert A Fisher**
        Robert A Fisher (BBO# 652602)
        R. Scott Seitz (BBO# 696658)
        Nixon Peabody LLP
        53 State Street
        Boston, MA 02109
        Tel: (617) 345-1335
        Fax: (855) 714-9513

Dated: September 10, 2020

## CERTIFICATE OF SERVICE

    I, Robert A. Fisher, hereby certify that on this date, September 10, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants, including Eric S. Rosen, Assistant United States Attorney.

        **/s/ Robert A. Fisher**
        Robert A. Fisher