UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>MARK HAUSER,<br><br>              Defendant. | Case No. 1:20-CR-10166-DPW |

### DEFENDANT MARK HAUSER'S
### REQUEST FOR AN IN-PERSON SENTENCING AND MOTION TO CONTINUE CURRENT SENTENCING DATE

    Defendant Mark Hauser respectfully requests that any sentencing hearing in this matter be held in person. Accordingly, he moves for an order continuing his sentencing hearing, currently scheduled for March 9, 2021, to the earliest available date in May 2021. It is Mr. Hauser's hope that this continuance will allow for an in-person proceeding to be held at that time. This is Mr. Hauser's second request for a continuance of his sentencing hearing.

    Counsel for the Government and Senior United States Probation Officer Martha Victoria have both indicated to counsel that they assent to this request. The Government requests that an in-person sentencing be held at the earliest practicable date.

A proposed order is being filed concurrently with this motion.

Dated: February 23, 2021     Respectfully submitted,

                                       MARK HAUSER

                                       By his counsel,

*/s/ Mark E. Beck*
Mark E. Beck (appearing *pro hac vice*)
John Hanusz (appearing *pro hac vice*)
BECK LAW, PC
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
213-596-7828
mbeck@markbecklaw.com
jhanusz@markbecklaw.com

Robert Fisher (BBO No. 652602)
NIXON PEABODY LLP
53 State Street
Boston, Massachusetts 02109
617-345-1000
rfisher@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for the Government on February 23, 2021.

                                       */s/ John Hanusz*
                                       John Hanusz