UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>MARK HAUSER,<br><br>             Defendant. | Case No. 1:20-CR-10166-DPW |

### DEFENDANT MARK HAUSER'S
### MOTION TO CONTINUE CURRENT SENTENCING DATE
### AND REQUEST FOR AN IN-PERSON SENTENCING

Defendant Mark Hauser respectfully requests the Court continue his sentencing hearing, currently scheduled for May 5, 2021, until May 12, 2021. Mr. Hauser's counsel make this request in order to obtain additional information for the Court's consideration at sentencing. Moreover, Mr. Hauser respectfully requests that the Court conduct an in-person sentencing in this matter. This is Mr. Hauser's third request for a continuance of his sentencing hearing.

Counsel for the Government and Senior United States Probation Officer Martha Victoria have both indicated to counsel that they assent to this request.

A proposed order is being filed concurrently with this motion.

Dated: April 23, 2021

Respectfully submitted,

MARK HAUSER

By his counsel,

/s/ Mark E. Beck
Mark E. Beck (appearing *pro hac vice*)
John Hanusz (appearing *pro hac vice*)
BECK LAW, PC
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
213-596-7828
mbeck@markbecklaw.com
jhanusz@markbecklaw.com

Robert Fisher (BBO No. 652602)
NIXON PEABODY LLP
53 State Street
Boston, Massachusetts 02109
617-345-1000
rfisher@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for the Government on April 23, 2021.

/s/ John Hanusz
John Hanusz